**Docket No. 25-684**

*In the*

# United States Court of Appeals

*For the*

# Ninth Circuit

MARIA LEDEZMA,

*Plaintiff-Appellant,*

v.

OPTUM, INC.,

*Defendant-Appellee.*

*Appeal from a Decision of the United States District Court for the Northern District of California, No. 3:23-cv-06691-vc · Honorable Vince Chabria*

## UNOPPOSED MOTION OF DEFENDANT-APPELLEE OPTUM, INC. FOR LEAVE TO FILE REPLACEMENT BRIEF

LILAH WYLDE
lwylde@seyfarth.com
SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

DAWN R. SOLOWEY
dsolowey@seyfarth.com
SEYFARTH SHAW LLP
Seaport East, Suite 1200
Two Seaport Lane
Boston, Massachusetts 02210
Telephone: (617) 946-4800
Facsimile: (617) 946-4802

*Attorneys for Appellee Optum, Inc.*

COUNSEL PRESS INC. · (213) 680-2300 PRINTED ON RECYCLED PAPER

## I. MOTION

Defendant-Appellee Optum, Inc. hereby moves the Court, with the consent of Plaintiff-Appellant, for leave to file a corrected Appellee's Answering Brief ("Replacement Answering Brief").

On May 22, 2025, Defendant-Appellee filed and served on opposing counsel its Answering Brief in the above-captioned case. While preparing for oral argument, Defendant-Appellee identified citation errors on two pages in its Answering Brief which were the result of an editing error. Defendant-Appellee has corrected the errors in the enclosed Replacement Answering Brief, as follows:

Page 32 includes a citation to *MacDonald v. Washington Dep't of Corr.*, 3:23-CV-05014-DGE, 2024 WL 444105, at *6 (W.D. Wash. Feb. 6, 2024). The quoted text comes from the following case citation: *MacDonald v. Oregon Health & Sci. Univ.*, No. 3:22-CV-01942-IM, 2024 WL 3316199, at *7 (D. Or. July 5, 2024). This error has been corrected in the Replacement Answering Brief.

There are two additional erroneous references to *MacDonald v. Washington Dep't of Corr.* on page 37 of the Answering Brief. Those references have been replaced with the correct citation, as follows: *Howe v. Massachusetts Dep't of Correction*, No. 4:22-CV-40119-MRG, p, at *5–6 (D. Mass. July 25, 2024).[1]

---

[1] Defendant-Appellee has also expanded the following citation, which was incomplete on page 39 of the Answering Brief: *Petersen v. Snohomish Reg'l Fire &*

There are no other changes reflected in Defendant-Appellee's Replacement Answering Brief.

Accordingly, Defendant-Appellee respectfully requests that the Court grant leave to file the enclosed Replacement Answering Brief.

DATED this 16th day of October, 2025.

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Dawn R. Solowey*
Dawn R. Solowey
Lilah Wilde

Attorneys for Appellee Optum, Inc.

---

*Rescue*, No. C22-1674 TSZ, 2024 WL 278973, at *6-7 (W.D. Wash. Jan. 25, 2024), *aff'd,* 150 F.4th 1211 (9th Cir. 2025).

## CERTIFICATE OF COMPLIANCE

I certify that this document contains 263 words in compliance with Fed. R. App. P. 27(d)(2)(A).

Dated this 16th day of October, 2025.

By: *\/s/ Dawn R. Solowey*
Dawn R. Solowey

## CERTIFICATE OF FILING & SERVICE

I, Dawn R. Solowey, certify that on October 16, 2025, I caused the foregoing motion to be filed and e-served electronically through the Court's ACMS System, which will serve copies on all counsel of record.

Dated this 16th day of October, 2025.

By: *\/s/ Dawn R. Solowey*
Dawn R. Solowey